THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANN KWENTUS, a single woman,<br><br>                        Plaintiff,<br>     v.<br><br>STANDARD INSURANCE COMPANY, a foreign corporation.<br><br>                        Defendant. | NO.  2:13-cv-01442-JLR<br><br>CORPORATE DISCLOSURE STATEMENT |

Defendant Standard Insurance Company is a wholly owned subsidiary of StanCorp Financial Group, Inc., which is a company that is publicly traded on the New York Stock Exchange.

DATED this 7th day of October, 2013.

> s/ David A. LeMaster
> David A. LeMaster
> WSBA #22874
> Hackett, Beecher & Hart
> 1601 Fifth Avenue, Suite 2200
> Seattle, WA 98101
> Tel:  (206) 624-2200
> dlemaster@hackettbeecher.com
> Counsel for Defendant

CORPORATE DISCLOSURE STATEMENT (2:13-cv-01442-JLR) – 1

Law Offices of
**Hackett, Beecher & Hart**
1601 Fifth Avenue, Suite 2200
Seattle, Washington 98101
(206) 624-2200

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that on October 7, 2013, I electronically filed the foregoing with the

3  Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

4
    Aaron I. Engle
    Nelson Langer Engle, PLLC
5
    1015 N.E. 113th Street
    Seattle, WA  98125
6
    Phone:  (206) 623-7520
    E-mail:  engle@nlelaw.com
7

    DATED this 7th day of October, 2013.

8

                                s/ David A. LeMaster
9
                                David A. LeMaster
                                WSBA #22874
10
                                Hackett Beecher & Hart
                                1601 5th Avenue, Suite 2200
11
                                Seattle, WA 98101
                                Telephone: (206) 624-2200
12
                                E-mail:  dlemaster@hackettbeecher.com
                                Counsel for Defendant
13

14

15

16

17

18

19

20

21

22

23

24

CORPORATE DISCLOSURE STATEMENT (2:13-cv-01442-JLR) – 2

Law Offices of
**Hackett, Beecher & Hart**
1601 Fifth Avenue, Suite 2200
Seattle, Washington 98101
(206) 624-2200